EDWARD L. BASKIN
Plaintiff

vs.

Mark S. Inch, Secretary, Florida Department of Corrections.,
Unknown, Assistant Secretary for Health Services

Case No:

3:21cv709-LC-EMT

# COMPLAINT

1. Edward L. Baskin, negroe inmate militia, DC#Y39801, prostitute, sex slave, under status of an inmate mental health patient unlawfully reside at Santa Rosa Institution Annex, 5850 East Milton Road, Milton, FL 32583.

2. Defendant(s), Ring Leaders of Racketeer Influenced Corrupt Organizations, place of employment at Florida Department of Corrections at 501 South Calhoun Street, Tallahassee 32399-2500.

3. This misuse of public office dishonoring Florida Department of Corrections Supreme Authority Rules and Regulation in unlawfully authorizing a subdivision institution not designated to assemble operation, administration of Mental Health Services inadequate to the care and treatment of inmates who have a mental disorder, discrimination action is brought pursuant to the Civil Rights Act of 1964, as amended. Jurisdiction is specifically conferred on this Court by 42 U.S.C. §1983. Equitable and other relief sought under U.S. Const. Article IV, section 3, and Fla. Const. Art X, section 75(3).

4. The acts complained of in this suit concerned:
   a. Ring Leaders engaged in systematic ongoing course of conduct with meaningful intentions to defraud me by fraudulent pretenses, misrepresenting that I am receiving Mental Health Treatment at the hospital level for my mental disorders; I am housed at undesignated institution misrepresenting to be a hospital.
   b. Ring Leaders disregarding application of State and Federal Laws and regulation, injures inmate resulting from fraudulent practices in refusing to conduct investigation of the corrupt illegal operations at Florida Department Corrections, subdivision, Santa Rosa Corrections Institution Annex, inmate suffering from Mental disorder.
   c. Ring Leaders by longarm retaliating against inmate for excessive grievances written against public employees in mentioned institution.
   d. Ring Leaders conspiracy in Deliberate indifference to house all Inmate Mental Health Patients within the Jurisdiction of undesignated Santa Rosa Correction Institution, the assistant secretary for health services did not designate mentioned institution to be a mental health treatment facility.

5. Defendant's conduct is discriminatory with respect to the following:
   a. I have a Mental Disorder substantially impairing my power to appraise.
   b. I am unlawfully confined in locked, secured cell/quarters, and deprive the priviledge to be in communication with my family.
   c. My race "black refugee"

6. Inmate Edward Baskin, negroe inmate militia, Mental Health Patient, prostitute, sex slave, states claim against defendant(s), Ringleaders who establishes Racketeer Influenced Corrupt Organizations, the two crime syndicates within the subdivision, Santa Rosa C.I., a/k/a, "Fruity Mental Health Providers", and the "Corrupt Security Enterprise" associated under the Ring Leaders monopoly, misusing the mentioned institution, fraudulently misrepresenting assembling inmate mental health patients, for the purpose of making under the table dividends, claims stated under Fla. Const. Art 1, section 5, because inmate mental health patients have the right to assemble at designated mental health treatment facilities, the unlawful housing of Baskin who have serious mental disorder at Santa Rosa C.I., was and still is executed in violation of department rules, subsection 33-404.901(1)(2). Specifically, Baskin claiming that the Ring Leaders plan in the of commission by long arm Kidnapping Inmate Baskin, Mental Health Patient, holding patient holding patient hostage, beginning June 17, 2020, to this present day of April 1, 2021, Ring Leaders did knowingly neglect to insure mental health patients assembled at designated institutions and hospitals. The misuse of abuse of power based on prohibited racketeering activities in violation of U.S. Const. Article IV, section 6. Thus, Mr. Baskin claims sovereignty of protection of Florida Department of Corrections Supreme Authority Rules. Inmate Baskin, Mental Health Patient suffering from Post-Traumatic Slavery Disorder.

7. I have process numerous of grievances in the institution pertaining to my serious need of care and treatment; No investigation nor clinical interviews.

8. My reason for initiating present complaint because discrimination against the public good and order, and the securing kidnapping of me is cruel to deprive me of adequate treatment and care at hospital level.

9. If relief is not granted, I will be irreparably denied right secured by the Civil Rights Act of 1964, as amended.

10. WHEREFORE, Plaintiff prays that:
    a. The Court appoint Legal Counsel pursuant to the Criminal Act of 1964, 18 U.S.C. §3006A
    b. The Court grant such relief as may be appropriate, including injunctive orders, damages, costs, attorney's fees.

Edward L. Baskin
Santa Rosa C.I.
5850 East Milton
Milton, FL 32583

FILED USDC FLND PN
APR 21 '21 PM3:01
BR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT

EDWARD L. BASKIN
Plaintiff

vs.

White, Major., L. Hair, Lieutenant., D. Clausen, Sergeant., A. Daniels, Sergeant., B. Givens, Sergeant., Immensota, Sergeant., Banzince, Property and Laundry Officer., M. Bantique, Officer., J. Gibson, Officer., K. Brown, Officer., T. Trainer, Officer., J. Rayburn, Officer., J. Shelton, Officer., M. Allender, Officer
Defendant(s)

Case No.:

PROVIDED TO
SANTA ROSA C.I. ON
APR 19 2021
FOR MAILING BY
EB

## COMPLAINT

1. Edward L. Baskin, Inmate Mental Health Patient, prostitute, sex slave reside captive in Mental Health Treatment Facility at 5850 East Milton Road, Milton, Florida 32583, Santa Rosa Correction Institution Annex.

2. Defendant(s), members of Racketeer Influenced Corrupt Organization, place of employment at Santa Rosa Correction Institution Annex, 5850 East Milton Road, Milton, Florida 32583.

3. This health and comfort discrimination action is brought pursuant to the Civil Rights Act of 1964, as amended. Jurisdiction is specifically conferred on this Court by 42 U.S.C. §1983. Equitable and other relief sought under Department of Corrections Supreme Authority Rules in section 33-208.002(3).

4. The acts complained of in this suit concern:
   a. Failure to treat me as a natural person in a human manner, in a public facility I am denied essential athletic shoes to wear on my feet.
   b. Defendant(s) mistreating me because I am under the status of receiving CRISIS STABILIZATION CARE as a Inmate Mental Health Patient, unlawfully, formed within the Jurisdiction of Department of Corrections, subdivision, Santa Rosa C.I. Annex, Q dormitory; and by general law should be housed admitted to the State Mental Health Hospital, the defendant(s) taking advantage of prostitute, sex slave.
   c. Each defendant(s) has and still is mocking me when I beg each defendant(s) to provide me authorize athletic shoes.
   d. Subjected to further visible injury of swelling legs and feet being compel to walk bare footed in a public facility.

5. Defendant's conduct is discriminatory with respect to the following:
   a. I am a Inmate Mental Health Health Patient, and is not wearing identification card in accordance with Department rules, procedures, and institution policy because defendant(s) aid and abet insuring I was not provided a card to misrepresent me as a inmate in the custody of Florida Department of Correction for the purposes of further abuse and cruelty.
   b. I am unlawfully house as the status of receiving CRISIS STABILIZATION CARE in the institution not designated as a State Mental Hospital.
   c. I am deprived of communication to inform my family of the ongoing abuse and cruelty.

6. Inmate Edward Baskin, prostitute, sex slave in the Florida Department of Corrections, States claims against defendant(s), Officers-in-Charge, and subordinates of the Security Threat Group, members of the crime syndicate, aka, "Corrupt Security Enterprise"; a male sect wearing common identifying color "blackshirts", different from the original Department of Correction Law Enforcement Officer's within the Jurisdiction, claims staked under Fla. Const. Art 1, Section 2, Pursuit of Happiness, and safety regulations of Department of Correction subsection 33-208.003(22), because it is evident by written communication to the administration, and visual inspection of inmate person specifically alleges the neglect to provide prostitute, sex slave authorized athletic shoes and identification card executed in violation of subsection 33-602.101(5)(a)a.,h., Care of Inmates. Specifically, Baskin claiming that above mentioned defendant(s) were and is still being informed of emergency injury of extreme swelling in both legs due to cardiovascular disease. In retaliation to prostitute, sex slave, prior written grievances, Incident Report, and Complaints, mentioned defendant's aid in the planning and commission of intentionally NOT providing Inmate Edward Baskin athletic shoes, subjecting him to be humiliated walking bare footed on the concrete inside secured cell quarters this present day on March 22, 2021, suffering from physical medical medical injury of extreme swelling in both legs and feet, and is not provided any pair of athletic shoes is abuse and cruelty. On the following dates and times, Inmate Mental Health Patient, Edward Baskin, beg each mentioned defendant(s) to notify their supervisor to provide Baskin, prostitute, sex slave regulation athletic shoes and identification card in accordance with Department rules; 3-10-2021, at 12:35PM-12:43PM, Officer M. Allender, intentionally take my only pair of Cross Strap Flip Flop., evidenced recorded video surveillance. ,, 3-11-2021, at 5:28AM, Sgt B. Clausen. ,, 3-12-2021, at 4:17 PM, Officer J. Gibson. ,, 3-13-2021, at 11:39AM, Officer J. Shelton. ,, 3-15-2021, at 10:00AM-10:35AM, Lieutenant L. Hair. ,, 3-16-2021, at 4:15AM, Officer M. Bantique, and at 11:35AM-11:30PM, Major White. ,, 3-17-2021, at 5:46AM, Officer K. Brown. ,, 3-18-2021, at 4:17AM, Sgt A. Daniels. ,, at 11:42AM. Officer J. Rayburn. ,, 3-19-2021, at 11:13AM, Officer T. Trainer. ,, 3-20-2021, at 10:59AM, 3-22-2021, At 7:33AM, Sgt B. Givens ,, At 11:30AM-11:45AM during tray pick up, Property and Laundry Officer in Q dormitor, Banzince, All defendant(s) interacted with Baskin, prostitute, sex slave at certain structure, to wit: Q2310, located at 5850 East Milton Road, In the County and State aforesaid, members of the "Corrupt Security Enterprise", male sect wearing common identifying colors, acted under color of State Law, it is clear from visual inspection of Baskin person that has no athletic shoes on his feet and suffering of extreme swelling and not to forget NO identification card. Baskin compel to labor as a sex slave to gain shoes and identification card, Inmate is being taken advantage of, and claiming his rights to the protection of the law., CARE OF INMATES, he is injured.

7. I forwarded Incident Offense Report and Sworn Affidavit to the Santa Rosa Sheriff on March 7, 2021, member of the "Corrupt Security Enterprise", misrepresented to be the mail collection representative, and did unlawfully take and carry away, dispose Baskin outgoing Legal Documents and Legal Mail.

8. The administration, W. Cromarin, Warden., Aaron Lewins, Assistant Warden of Mental Health and Operations, not providing me with the opportunity of having grievances heard and considered.

9. My reasons for initiating present complaint because members of the Security Threat Group, of the crime syndicate, aka, "Corrupt Security Enterprise", defendant(s) is public employees discriminating Inmate Mental Health Patient, from the essential normal priviledges to be provided athletic shoes, BASKIN IS BAREFOOTED, and have no identification card which is a tendency to be injurious to the public and public good.

10. If relief is not granted, I will be irreparably denied rights secured by the Civil Rights Act of 1964, as amended.

11. WHEREFROM, Plaintiff prays:
    a. The Court appoint legal counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A.
    b. The Court grant such relief as may be appropriate, including injunctive orders, damages, costs, attorney's fees.

Edward L. Baskin
Edward L. Baskin
Santa Rosa C.I. Annex
5850 East Milton Road
Milton, FL 32583

EDWARD LEE BASKIN DC#990911
Q-3210
Santa Rosa Correction Institution Annex
5850 EAST MILTON RD
MILTON FL 32583-7914

MAILED FROM A STATE
CORRECTIONAL INSTITUTION



CHECKED APR 21 2021

U.S. DISTRICT COURT
Pensacola Division
100 North Palafox Street
PENSACOLA, FL 32502-5658

Legal Mail

APR 19 2021
FOR MAILING BY